# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MARIO RODRIGUEZ**, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br><br>**GENSERVE, INC., GENERATOR HOLDING CORPORATION, ROBERT FORTUNATO, MICHAEL VAHLING,** and **JOSEPH FLYNN**, Jointly and Severally,<br><br>Defendants. | **18 Civ. 2641 (JMV)(MF)** |

## PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE SETTLEMENT

PLEASE TAKE NOTICE that, upon the annexed declaration of Taylor B. Graham, Esq., sworn to September 18, 2018, the exhibits annexed thereto, the annexed declaration of Keith Salhab, the exhibits annexed thereto, the accompanying memorandum of law in support of the Plaintiff's motion for final approval of the class and collective settlement ("Motion for Final Approval"), and all the pleadings and proceedings heretofore had herein, the undersigned moves this Court, before the Honorable John Michael Vazquez, United States District Judge, in the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, for an Order:

(1) granting final approval of the settlement reached by the parties in this action as embodied in their Settlement Agreement And Release (*See* Exhibit A to the Graham Declaration);

(2) granting final certification for the following settlement class under Federal Rule of Civil Procedure 23, in connection with the settlement process:

> All persons who performed generator service work subject to the New Jersey Prevailing Wage Act on New Jersey public works projects for the Defendant GenServe, Inc. and/or other entities controlled by GenServe from October 1, 2011 until February 2, 2018. Corporate officers, shareholders, directors, non-working project foremen, project superintendents, office employees and administrative personnel shall not be part of the Conditional Class.

(3) ordering the Claims Administrator to distribute the Settlement Checks as set forth in the Settlement Agreement;

(4) awarding the claims administrator costs of $6,000.00 to be paid separately by Defendants,

(6) entering judgment dismissing this Action in accordance with the Settlement Agreement; and

(8) granting such other and further relief as the Court may deem just and proper.

For the Court's convenience, attached as **Exhibit 1** please find Plaintiff's [PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE SETTLEMENT AND CLASS COUNSEL'S FEES AND COSTS.[1]

Dated: New York, New York
       September 18, 2018

                                        Respectfully submitted,

                                        **PELTON GRAHAM LLC**

                                        By:   */s/ Taylor B. Graham*
                                        Taylor B. Graham
                                        111 Broadway, Suite 1503
                                        New York, New York 10006
                                        Telephone: (212) 385-9700

---

[1] Plaintiff simultaneously submits a separate Motion for Approval of Class Counsel's Fees and Costs and Named Plaintiff's Service Award.

Facsimile: (212) 385-0800

*Attorneys for Plaintiff and the Settlement Class*